UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-07-686 |
| | § | |
| DAVID OLIVARES | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)     There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(C); and

(2)     The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably protect the safety of the community.

The evidence against the defendant is substantial. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony and exhibits received during the detention hearing. The defendant has sufficiently rebutted the presumption that he presents a risk of flight but has not rebutted the presumption that he represents a danger to the community. The defendant was placed on bond for an almost identical crime in October, barely a month ago. By committing a new offense he has indicated he is either unwilling or unable to comply with court-ordered conditions of

release, and that he has no intention of discontinuing his drug trafficking activities.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 27th day of November, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE